UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| v. | ) CASE No. 4:19-CR-00066-RSB-CLR |
| ROBERT JENNINGS, | ) |
| Defendant. | ) |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

D. Robert Busbee having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT D. Robert Busbee be granted leave of absence for the following periods: **September 14 through September 22, 2019.**

This 21st day of June, 2019.

~~R. Stan Baker, Judge~~
United States ~~District Court~~ Magistrate Judge
Southern District of Georgia